UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

**vs.** **CASE NO: 6:25-cr-52-GAP-NWH**

SERGEY IVIN
_______________________/

**COUNSEL's UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Sergey Ivin by and through the undersigned attorney, files this Unopposed Motion to Continue Trial and in support thereof would show:

1. That the Defendant is charged by Indictment in this cause in Count One with Conspiracy to Violate the International Emergency Economic Powers Act, 50 USC 1701-1708 and in Count Two with Conspiracy to commit Money Laundering in violation of 18 USC 1956(h).
2. That the charged conspiracies are alleged to have taken place during a period of four years and to have involved international banking and business entities in the United States, Russia and other Eastern European countries.
3. That because of the time frame of the conspiracy, the international and expansive nature of the prohibited business transactions and the foreign language content, the discovery is predicably voluminous, in some need of translation and extensive analysis.
4. That to afford the Defendant effective assistance of counsel and to protect his rights under the Sixth and Fourteenth Amendments of the United States Constitution, Counsel would request a three term continuance.

5. That the Defendant has executed a waiver of speedy trial through September 30, 2026.
6. That Co-Defendant, Oleg Olshansky has also filed a waiver of speedy trial through September 2026 and a Motion to Continue through the trial term of September 2026.
7. Assistant United States Attorney, Chauncy Bratt has indicated no objection to the Defendants' request to continue the trial to the September term.

**WHEREFORE** the Defendant prays that this Honorable Court grant this Motion, make an ends of justice finding and continue this cause to the Court's September trial term.

Respectfully submitted this 12th day of May, 2026

*Roger L Weeden*
Roger L Weeden, Esquire

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12th , 2026, I electronically filed the foregoing Unopposed Motion with the clerk of the court by using the CM/ECF System which will send a notice of electronic filing to the The US Attorney's Office and Counsel of Record.

*Roger L. Weeden*

ROGER L. WEEDEN, ESQUIRE
200 E. Robinson Street, Suite 1150
Orlando, Florida 32801
(407) 894-9004
Rlweeden@aol.com
Florida Bar No. 290106
*Attorney for Sergey Ivin*