UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                              Case No.:  6:25-cr-00052-GAP-NWH

OLEG OLSHANSKY (#1) AND
SERGEY IVIN (#3),

      Defendants.

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Megan Testerman |
|---|---|---|---|
| DEPUTY CLERK: | Anita Chenevert | | |
| COURT REPORTER: | Heather Suarez <br> heather@stenosuarez.com | COUNSEL FOR OLSHANSKY: | Anna Brown |
| | | FOR IVIN: | Roger L. Weeden |
| DATE: <br> TIME: <br> TOTAL TIME: | August 12, 2026 <br> 9:00 a.m. – 9:08 a.m. <br> 8 minutes | INTERPRETER: | N/A |

### MINUTES – STATUS CONFERENCE

*Defendant Oleg Olshansky (#1) waiver of speedy trial through 12/31/26 @ 59 and Second Motion to Continue Trial (Doc. 60) filed 8/11/26.*

*Sergey Ivin (#2) waiver of speedy trial through 9/30/26 @ 35.*

Defendant Olshansky (#1) is seeking a continuance based on the complexity of the case, dealing with international issues, and voluminous discovery.  Defendant requests a continuance to the December 2026 trial term.

Defendant Ivin (#3) objects to that continuance, wishes to sever the case, and be put on an immediate trial term.

Government does not object to a continuance to December 2026 but is requesting that the defendants stay on the same trial term.

For the reasons stated on the record during the status conference hearing, the Court grants the motion and  finds pursuant to 18 USC 3161(h)(7)(A), that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendants in a speedy trial, and that the period of delay resulting from the continuance is excludable.  Defendant Sergey Ivin will be continued to the same trial term contingent upon him filing a Motion to Sever Trial.  If the Court were to grant a severance of defendants for trial, Mr. Ivin's trial will be rescheduled.  Therefore, both Defendants are currently rescheduled for a status conference on November 12, 2026 at 9:00 a.m. and a trial term which begins on December 1, 2026.  Defendants' presences are not required at the status conference. *(Written order to follow)*