UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No.: 6:25-cr-00052-GAP-NWH

OLEG OLSHANSKY (#1) AND
SERGEY IVIN (#3),

Defendants.

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR GOVERNMENT:** | Megan Testerman |
| **DEPUTY CLERK:** | Anita Chenevert | | |
| **COURT REPORTER:** | Suzanne Trimble<br>trimblecourtreporter@gmail.com | **COUNSEL FOR OLSHANSKY:**<br><br>**FOR IVIN:** | Fritz Scheller<br><br>Roger L. Weeden |
| **DATE:**<br>**TIME:**<br>**TOTAL TIME:** | November 17, 2026<br>9:01 a.m. – 9:07 a.m.<br>6 minutes | **INTERPRETER:** | N/A |

**MINUTES – STATUS CONFERENCE**

Defendant Olshansky (1) advises the court of possible jurisdictional issues, voluminous discovery and moves for a continuance of the trial to the February 2027 trial term and requests an extension of the motion deadline to January 4, 2027. Defendant Ivin (3) joins in the motion. Government does not object to the relief requested.

For the reasons stated on the record during the status conference hearing, the Court finds pursuant to 18 USC 3161(h)(7)(A), that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendants in a speedy trial, and that the period of delay resulting from the continuance is excludable.

Court will grant the motion in part and set a motion deadline of December 18, 2026, and moves the case to the February 1, 2027 trial term. The court will set a status conference for January 13, 2027, at 8:45 a.m. Defendants are not required to be present at the status conference.

Continuance is contingent upon defendants filing a written waiver of speedy trial waiving through February 28, 2027, by November 27, 2026.